IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | **4 : 19 CR 693** |
| v. | ) | CASE NO. |
| | ) | Title 18, United States Code, |
| ESTEBAN TZOC CIPRIAN, | ) | Sections 911 and 1028(a)(7) |
| | ) | |
| Defendant. | ) | **JUDGE PEARSON** |

COUNT 1
(False Claim of United States Citizenship, 18 U.S.C. § 911)

The Grand Jury charges:

1. On or about October 5, 2015, in the Northern District of Ohio, Eastern Division, Defendant ESTEBAN TZOC CIPRIAN, a citizen of Guatemala and therefore an alien in the United States, falsely and willfully represented herself to be a citizen of the United States, in violation of Title 18, United States Code, Section 911.

COUNT 2
(Fraud in Connection with Identification Documents, 18 U.S.C. § 1028(a)(7))

The Grand Jury further charges:

2. On or about October 5, 2015, in the Northern District of Ohio, Eastern Division, Defendant ESTEBAN TZOC CIPRIAN did knowingly possess and use, without lawful authority, a means of identification of another person, D.M.P. (whose name is known to the Grand Jury), specifically, name, social security number, and date of birth of D.M.P., with the intent to commit, or to aid or abet, or in connection with any unlawful activity that constitutes a violation of Federal law, to wit: False Claim of United States Citizenship, in violation of 18 U.S.C. § 911, and the offense involved a false identification document that appeared to be an

identification document issued by and under the authority of the United States, in violation of

Title 18, United States Code, Section 1028(a)(7).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.